**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1796

AURORA JULIAN ROCKEFELLER,

Plaintiff - Appellant,

v.

JAMES CARTER, former U.S. President; CIA AGENTS; U.S. CONSULS, at Manila U.S. Embassy during Carter Administration,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:14-cv-07528)

Submitted: September 29, 2016      Decided: October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Aurora Julian Rockefeller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aurora Julian Rockefeller appeals the district court's orders adopting the recommendation of the magistrate judge and dismissing her civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012), and denying her motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss for the reasons stated by the district court. Rockefeller v. Carter, No. 2:14-cv-07528 (S.D.W. Va. Feb. 18, 2016; May 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED